379 A.2d 623

Nanticoke Construction Company, Appellant, v. Nanticoke U.A.W. Housing Company.

Submitted September 22, 1976. Ambrose R. Campana, and Campana & Campana, for appellant; Joseph J. Heston, and Hourigan, Kluger & Spohrer, for appellee.

Order affirmed.

379 A.2d 623

Rosenbaum v. Raiton et ux., Appellants.

Argued June 13, 1977. A. Martin Herring, and Teitelman & Herring, submitted a brief for appellants; Joseph M. Gindhart, with him Crumlish and Gindhart, for appellee.

Decree affirmed.

PRICE, J., did not participate in the consideration or decision of this case.